185 So. 924

## Jensie MILLER v. STATE.

### 6 Div. 317.

Court of Appeals of Alabama.
Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.